EDNA K. LIEBMANN, Respondent, *v.* MINIATURE INCAN-
DESCENT LAMP CORPORATION, Appellant.

*Corporations — stocks and stockholders — contract — sale — action on
contract of sale of stock to corporation to recover stipulated proportional
share of reserve fund.*

*Liebmann* v. *Miniature Incadescent Lamp Corp.*, 217 App. Div. 368,
modified.

(Argued December 3, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered August 2, 1926, upon
an order of the Appellate Division of the Supreme Court
in the first judicial department, reversing a judgment in
favor of defendant entered upon a dismissal of the com-
plaint by the court at a Trial Term without a jury and
directing judgment in favor of plaintiff. The action was
by a stockholder of defendant corporation to recover
under an alleged agreement by the terms of which she
was to receive her proportionate share of the unused
portion of certain reserves as shown by a balance sheet
embodied in the terms of a sale by which she transferred
her shares to the corporation.

*W. N. Seligsberg* for appellant.

*John Thomas Smith* and *Anthony J. Russo* for respondent.

PER CURIAM. Distribution of unused portion of the
reserves set up was to be made on January 20th, 1922,
only in case these reserves "proved too high." Proof
that the United States government claimed that the
defendant was liable for an additional tax in the sum of
$17,581.79 showed at least *prima facie* that the reserve
for Federal taxes might prove insufficient. The trial
judge correctly held that the defendant might retain
moneys to meet that claim. If thereafter the defendant
was not compelled to pay the additional tax the plaintiff
might bring a new action for distribution of the amount
withheld. Apparently by inadvertence the judgment of
the Appellate Division includes in the amount of the
net surplus which should be distributed among the stock-

holders items aggregating $3,513.08 which the plaintiff concedes should be deducted before distribution.

In other respects we agree with the conclusions arrived at by the Appellate Division.

Judgment of the Appellate Division should be modified to the extent of providing that the plaintiff is entitled to her proportionate share in a net surplus of $15,002.02 instead of a net surplus of $36,096.86, and as so modified affirmed, without costs.

HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ., concur.

Judgment accordingly.